IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT DEFORIS KORNAGAY,
    Plaintiff,

vs.                               Case No: 3:09cv281/LAC/EMT

M. COVAN, et al.,
    Defendants.
_____/

## **ORDER**

This cause is before the court upon Plaintiff's Motion to Amend (Doc. 59), and Motion/Request to Add an Additional Fact to His Fourth Amended Complaint (Doc. 61). Before the court rules on this matter, Defendants shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Defendants shall respond to Plaintiff's motions within **FOURTEEN (14) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 13${}^{th}$ day of May 2010.

                                  /s/ *Elizabeth M. Timothy*
                                **ELIZABETH M. TIMOTHY**
                                **UNITED STATES MAGISTRATE JUDGE**