IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT D. KORNAGAY,
    Plaintiff,

vs.                              Case No. 3:09cv281/LAC/EMT

OFFICER BURT, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 8, 2011 (Doc. 121). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment (Doc. 83) is **GRANTED IN PART** only to the following extent:

    a.    Plaintiff's claims against Defendant Gielow are **DISMISSED**;

    b.    Plaintiff's Eighth Amendment claim against Defendant Raybon based upon his maintaining Plaintiff on the special management meal for seven days is **DISMISSED**;

    c.    Plaintiff's Eighth Amendment claims against Defendants Orsa and Raybon based upon their exposing him to residual chemical agent by returning him to a cell that was not sufficiently decontaminated are **DISMISSED**;

    d.    Plaintiff's conspiracy claim is **DISMISSED**;

      e.     Plaintiff's claims against Defendants in their officials capacities are **DISMISSED**; and

      f.     Plaintiff's claims for compensatory and punitive damages against Defendants in their individual capacities are **DISMISSED**.

2.    Defendants' motion for summary judgment (Doc. 83) is otherwise **DENIED**.

3.    This case is remanded to the assigned magistrate judge further proceedings.

**DONE AND ORDERED** this 9th day of March, 2011.

                                      s/*L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**