IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT D. KORNAGAY,
    Plaintiff,

vs.                                    Case No.: 3:09cv281/LAC/EMT

OFFICER BURT, et al.,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon the parties' Joint Notice of Voluntary Dismissal with Prejudice (Doc. 136).

    Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by filing a stipulation of dismissal signed by all parties who have appeared in the action.  Unless otherwise stated, the dismissal is without prejudice.  *See* Fed. R. Civ. P. 41(a)(1).  Here, the stipulation of dismissal is signed by all parties who have appeared in this action; therefore, it is clear that the parties are automatically entitled to dismissal of this action.  Dismissal should be with prejudice by stipulation of the parties (*see* Doc. 136).

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED with prejudice**.

    At Pensacola, Florida this 6th day of May 2011.

                                    /s/ *Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).